UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURDIP K. PAWAR,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security, United States Citizenship and Immigration Services, et al.,<br><br>        Defendant. | CASE NO. 2:22-cv-00413-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Court notes that service of process on Defendants is deficient under Federal Rule of Civil Procedure 4(i).

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

Dated this 2nd day of June 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk