District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURDIP K PAWAR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et.al.*,<br><br>　　　　　　Defendants. | CASE NO. 2:22-cv-413-TL<br><br>STIPULATED MOTION FOR DISMISSAL AND [PROPOSED] ORDER<br><br>Noted for consideration on:<br>June 8, 2022 |

　　Plaintiff brings this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to reinstate his Form I-130 petition. Dkt. No. 1. USCIS reinstated and approved the petition. Accordingly, the above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//
//
//
//

STIPULATED MOTION
CASE NO. 2:22-cv-413-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 8th day of June, 2022.

Respectfully submitted,

NICK W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone:  253-428-3824
Fax:  253-428-3826
Email:  michelle.lambert@usdoj.gov

*Counsel for Defendants*

*s/ William DeVoe*
WILLIAM DEVOE, WSBA#17454
Law Office of William Devoe
Skinner Building
1326 Fifth Avenue, Ste. 438
Seattle, WA 98101
Phone:  206-251-1688
Email:  wdevoe@lawdevoe.com

*s/ Marissa Prianti*
MARISSA PRIANTI, NYS#5564570
Bretz & Coven LLP
305 Broadway, Ste. 100
New York, NY 10007
Phone:  212-267-2555
Email:  mprianti@bretzlaw.com
Admitted pro hac vice

*Counsel for Plaintiff*

STIPULATED MOTION
CASE NO. 2:22-cv-413-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**~~[PROPOSED]~~ ORDER**

IT IS SO ORDERED. The case is DISMISSED without prejudice.

Dated this 9th day of June 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION
CASE NO. 2:22-cv-413-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970